In the Matter of the Petition of JOHN L. BAME, Petitioner, Appellant, for a Final Order to Remove the Respondents from Real Property and Premises in the Town of Kinderhook, Columbia County, N. Y., against CORA B. RUTHERFORD and DONALD RUTHERFORD, Respondents.— The previous decision [255 App. Div. 228; Id. 919] and the order entered thereon are amended to read as follows: " The order of the Columbia County Court is modified so as to eliminate therefrom any adjudication of equitable defenses or title, and without prejudice to any rights the appellant may have to recover moneys paid to purchase the premises at tax sales or rights which may be enforced only in an action at law or a suit in equity, and as so modified is affirmed with costs." Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

ERNEST A. ROZELL, an Infant, by ERNEST D. ROZELL, His Guardian ad Litem, Respondent, v. EVELYN D. ROZELL, an Infant, by GEORGE ROZELL, Her Guardian ad Litem, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Petition of NEW YORK WATER SERVICE CORPORATION, Petitioner, for an Order of Certiorari Directed to WATER POWER AND CONTROL COMMISSION OF THE DEPARTMENT OF CONSERVATION OF THE STATE OF NEW YORK, Respondent. THE CITY OF NEW YORK, Objector, Respondent, and THE COUNTY OF NASSAU and THE COUNTY OF SUFFOLK, Intervenors, Respondents. (Water Supply Application No. 1009.) — Appeal restored, in accordance with stipulation. [See *ante*, p. 858.] Review by certiorari of a determination of the Water Power and Control Commission, Application No. 1009, dated January 21, 1936. The petitioner sought approval for the taking of additional water supply and sources thereof and constructions in connection therewith, for its Flatbush plant in the borough of Brooklyn in New York city. The Commission found that the plans proposed by the petitioner were not justified by public necessity, and were not just nor equitable to other civil divisions and inhabitants of the State affected thereby, when consideration was given to the present and future necessities of sources of water supply, and denied the application. The evidence warranted the action of the Commission. Determination unanimously confirmed, with fifty dollars costs and disbursements against the petitioner to each party filing a brief. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.